IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-mj-01090

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VALERY TOZLIYAN

    Defendant.

---

## MINUTE ORDER

---

Pursuant to the directions of Magistrate Judge          Lucy M. Kenyon, Deputy Clerk
PATRICIA A. COAN          May 10, 2006

---

It is hereby **ORDERED** the Unopposed Motion To Continue Detention Hearing and Preliminary Hearing is **GRANTED**. Hearing set for May 20, 2006 at 2:30 p.m. is VACATED and reset to **May 11, 2006 at 10:00 a.m.** before Magistrate Judge Patricia A. Coan, Courtroom A501 on the 5th Floor. U.S. Marshal shall assure the appearance of the defendant.

        GREGORY C. LANGHAM, CLERK

        By:   s/Lucy M. Kenyon
               Lucy M. Kenyon, Deputy Clerk